# EXHIBIT 5

# U.S. Patent No. 6,868,682 – Infringement Claim Chart

The Schneider Electric Supplied Products include Schneider Electric's Computer Room Air Conditioners (CRACs), Computer Room Air Handlers (CRAHs), chillers, automatic floor pressurization system, active floor control, and accompanying control devices/systems, including:

- Uniflair Direct Expansion Room Cooling Perimeter Units (e.g., AM-LE, IDAV, IUAV, IXAV, SDAC, SUAC, SDAV, SUAV, SDWC, SUWC, SDWV, SUWV, TDAR, TUAR, TDAV, TUAV, TDWR, TUWR, TDWV, TUWV, TDER, TUER, TDEV, TUEV, TDTR, TUTR, TDTV, TUTV, TDDR, TUDR, TDDV, TUDV);

- Uniflair Chilled Water Room Cooling Perimeter Units (e.g., AM-LE, HXCV, HDCV, LDCV, LUCV, SDCC, SUCC, SDCV, SUCV, TDTV, TUTV, TDDR, TUDR, TDDV, TUDV; TDCR, TUCR,);

- Close-Coupled InRow units (overhead and floor-mounted) (e.g., ACRC 100 series, ACRP100 series, ACRC300 series, ACRD300 series, ACCU300 series, ACRC300 series, ACRC500 series, ACRD500 series, ACRC600 series,);

- Aquaflair/Uniflair Chillers (e.g., DSAF, BCEC, BCEF, BREC, BREF, TRAC, TRAF, TRAH, TSAC, TSAF);

- Automatic Floor Pressurization System (AFPS) and Active Floor Control (AFC); and

- Accompanying control devices/systems (e.g., pCO5, pCO5+, UG50, J5, Active Flow Controller, EcoStruxure).

These Schneider Electric Supplied Products, when used by Schneider Electric's customers to cool a data center, infringed at least claim 1 of the '682 patent, as demonstrated in the exemplary claim chart below.

| Claim Language | Exemplary Evidence |
|---|---|
| [1pre] A method of controlling the temperature in a data center comprising: | Schneider Electric's customers, when using the Schneider Electric Supplied Products, controlled the temperature in a data center.<br><br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Solutions for Cooling Business-critical IT Environments**<br><br>Whether your customers need to cool their data center or have other environments that require precision cooling, Schneider Electric™ offers a comprehensive portfolio of solutions for virtually any critical cooling problem in any IT environment. Our solutions are efficient, flexible, and reliable while being easy to install and service, and our global presence ensures that our products are readily available worldwide.<br><br>At the core of our cooling offer are the Uniflair™ and EcoBreeze™ product families for room cooling and the InRow™ products for close-coupled cooling, which are typically installed in IT environments as the basis of the overall cooling system. To enhance the efficiency and effectiveness of our core cooling products, we offer a complete line of air distribution solutions, including thermal containment for rack and aisle level, as well as fan solutions to improve air distribution within the rack or room. In addition, our full selection of chillers and matched heat rejection products complete the cooling system framework. There are many features and criteria to take into consideration when selecting the proper cooling product, such as predictability, flexibility, and scalability. The benefits for each of these products are highlighted in this brochure, along with some important guidance on the selection process when considering the best cooling system for your IT environment.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Medium Data Centers (200 kW – 1 MW)**<br>The Uniflair solution is popular for medium-sized facilities due to its flexibility, efficiency, and lowest first cost. Utilized within raised floor environments, it offers flexible, intelligent temperature and humidity control to provide precision cooling at the room level.<br><br>**Small Data Centers (Below 200 kW)**<br>InRow cooling products are optimal for smaller data centers, with the predictability of the close-coupled approach and integrated rack and row level temperature control. This also makes them well suited for high-density zones within larger data centers to create a hybrid cooling system.<br><br>To maximize cooling efficiency and predictability in any data center environment, the EcoAisle containment system minimizes hot or cold air recirculation and improves cooling system performance. The improved airflow enables higher density cooling with any of our cooling solutions, which can further reduce energy consumption and save valuable data center space. Customers can save up to 30 percent in operational costs versus an uncontained system.<br><br><br>**Small and Medium Data Center**<br>Chilled water- and refrigerant-based Uniflair and InRow Cooling are optimal for small and medium data centers.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| |   *See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Drive Compressors 50 – 150 Kw" (2019). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>



See, e.g., Schneider Electric, “Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Drive Compressors 50 – 150 Kw” Brochure (2019).</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **Variable-speed brushless compressors**<br>Uniflair AM-LE units, series IDAV, are equipped with latest generation variable-speed drive scroll compressors.<br><br>These units have been developed in order to improve further energy efficiency values of brushless compressors and guarantee high efficiency level at partial load conditions, compared to units with fixed-speed or traditional variable capacity solutions.<br><br>Both single variable-speed compressor (**11A models) and tandem configuration with one fixed- and one variable-speed compressor in one single circuit (**21A) are available.<br><br>In order to minimize the operative expense, air-cooled units are naturally matched with condensers equipped with EC fans.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| |  <br>*See, e.g.*, https://www.youtube.com/watch?v=PkN7FE9IK9c. |

| Claim Language | Exemplary Evidence |
|---|---|
| | CW units<br>CW units use the availability of CW to control room conditions. CW units have a relatively simple construction and provide outstanding reliability. The microprocessor controls the modulating action of the 3-way (or optional 2-way) CW valve to give accurate capacity control. Careful sizing of the heat exchanger coils yields a high sensible-to-total cooling ratio under most operating conditions at the appropriate CW temperatures.<br><br>CW units with underfloor fans<br>CW units with fans located underneath the floor allow for more coil area in the unit and less internal air-side pressure drop. The fan module beneath the unit can be configured in many different airflow patterns as well as be placed beneath or above the raised floor for total flexibility. More heat exchanger coil and less pressure drop equals less power consumption and more capacity inside a compact footprint.<br><br>*See, e.g.*, Schneider Electric, “High-efficiency room air conditioners” Brochure (2015). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | A Uniflair Cooling solution reshaping free-cooling on water-based systems<br><br>Cooling design guidelines for large data centers are constantly evolving to increase efficiency levels and achieve real sustainability. Water economization continues to be one of the most used cooling systems in modern data centers. Schneider Electric pushes this trend through new frontiers with the combination of two new leading products.<br><br>In the white space: Uniflair Room Cooling HXCV (120 - 250 kW)<br><br>Perimeter chilled water air-conditioners with underfloor fans designed to maximize cooling capacity while limiting their footprint. Optimized for high temperature operation, they deliver outstanding savings in energy cost.<br><br>In the grey space: Uniflair Chillers DSAF (400 - 1200 kW)<br><br>Innovative free-cooling trim chiller with integrated logic to maximize system efficiency, leveraging on free-cooling as primary source.<br><br>*See, e.g.*, Schneider Electric, "Make IT cooling sustainable" Brochure (2016). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| |   *See, e.g.*, Schneider Electric, "Boost data center efficiency" Brochure (2020).   *See, e.g.*, Schneider Electric, "Oil-free Chillers for highly efficient and sustainable cooling: Uniflair Large air-cooled and free-cooling chillers with oil-free centrifugal compressors" Brochure (2021). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

7 Inverter for main pump/s
The VSD pump allows modulating flow rate to the constructive characteristics of the plant on-site during commissioning or in a self-adaptive way based on the load

*See, e.g.*, Schneider Electric, "Oil-free Chillers for highly efficient and sustainable cooling: Uniflair Large air-cooled and free-cooling chillers with oil-free centrifugal compressors" Brochure (2021).




</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>




<br>
See, e.g., Schneider Electric, “Boost data center efficiency” Brochure (2020).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, Schneider Electric, "Uniflair Chillers TRAC – TRAF: Uniflair Air Cooled and Free Cooling Chillers for mission critical applications 120 – 400 kW" Brochure (2019); *see also, e.g.*, Schneider Electric, "Uniflair Chillers TRAC – TRAF – TRAH: Uniflair Air Cooled and Free Cooling Chillers and heat pumps for mission critical applications 110 – 400 kW" Brochure (2019); Schneider Electric, "Uniflair Chillers TSAC-TSAF: Uniflair Air Cooled and Free Cooling Chillers with inverter driven scroll compressors. 120 – 350 kW" Brochure (2019).<br><br>These CRACs, CRAHs, and chillers, with their associated controls, were configured to "adapt automatically to the new load conditions of the room." *See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
|---|---|
| | This is a departure from the traditional logic of single elements and a move toward a situation where all of the operating parameters can be optimized (both energy and operational) through integrated logics (internal units, distribution systems, and external units). The cooling system must then be able to communicate with the various building management systems.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015).<br><br>Advanced Control<br><br>Advanced control logics ensure an intelligent operation of HXCV units to meet the cooling and airflow needs without wasting energy.<br><br>• Air flow control adapts to specific data center air distribution strategies (hot or cold aisle) and ensures efficient air flow management<br>• Advanced microprocessor control system UG50 enables direct communication between multiple HXCV units (up to 15) enabling precise cooling and high reliability<br><br>*See, e.g.*, Schneider Electric, "Boost data center efficiency" Brochure (2020). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>



Flexibility

The control software enables the operation of the unit to be adapted to every type of installation thanks to:

- The facility to input a double set-point for both temperature and humidity
- The facility to change fan speed directly from the user terminal (units with EC fans)
- Flexible configurability of alarm outputs
- The facility to calibrate temperature and humidity sensors
- The facility to interface with a wide range of BMS systems

*See, e.g.*, Schneider Electric, “Boost data center efficiency” Brochure (2020); *see also, e.g.*, Schneider Electric, “High-efficiency room air conditioners” Brochure (2015).

Total control

Uniflair AM-LE units are equipped with sophisticated controls and management software conceived, developed, implemented, and tested by Schneider Electric. In addition to guaranteeing maximum flexibility in application to any specific project, every control solution is designed to maximize the performance and reliability of the type of unit to which it is fitted. Every component of the unit is monitored in real time, its performance optimized and kept within design parameters. As sophisticated as the control algorithms may be, the interface is user friendly and intuitive with an easy-to-read backlit display. The result is a control system that is reliable, flexible, and high performing.

*See, e.g.*, Schneider Electric, “High-efficiency room air conditioners” Brochure (2015).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | Data Centre Infrastructure Management<br><br>Good design and quality construction alone do not ensure a highly available and efficient data centre. Data centres require ongoing monitoring and management to ensure the facility lives up to its design intent. StruxureWare for Data Centres is a software management suite designed to collect and manage data about a data centre's assets, resource use, and operational status throughout the life cycle of the facility. This information is then distributed, integrated, and applied in ways that help managers optimize the data centre's performance and meet IT, business, and service-oriented goals. From IT assets to racks, rows, rooms, and buildings, StruxureWare for Data Centres delivers the right information to the right users at the right time.<br><br>Control level<br>Experts, on-site or remotely, can control process performance and ensure business continuity in real time, while tracking energy consumption in a highly critical and secure environment.<br><br>StruxureWare<br><br>Operations level<br>Functional managers can optimize operations, energy, and assets through smart analytical tools, often spanning multiple sites.<br><br>Enterprise level<br>C-level executives can drive their sustainability strategy efficiently, choosing the best scenario that meets their business objective to conserve enterprise-wide resources.<br><br>StruxureWare for Data Centres allows for flexibility when requirements and implementation strategies change over time. StruxureWare software applications and suites simplify integration time, improve reliability, enhance visibility to energy information, and streamline operational efficiency.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners" Brochure (2015). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **StruxureWare for Data Centers Software Suite**<br><br>UPS units, cooling equipment, and secure power systems from Schneider Electric are core components of any architecture designed for highly critical applications, such as data centers, industry environments, infrastructure, and buildings.<br><br>Intelligent energy management of these systems is enabled by Schneider Electric EcoStruxure™ integrated hardware and software system architecture. StruxureWare software applications and suites are a key element of the EcoStruxure architecture. The software helps maximize system reliability and optimize operational efficiency.<br><br>StruxureWare for Data Centers software collects and manages real-time information about assets, resource use, and operation status throughout the data center life cycle. This data center infrastructure management (DCIM) software provides full system visibility, allowing managers to monitor information and act quickly in order to optimize data center performance and meet IT, business, and service-oriented goals.<br><br><br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Dynamic Servers**<br>Dynamic servers can increase or reduce power consumption based on the amount of processing they perform at a given time. This fluctuating compute demand results in varying heat loads over time in the data center. In order to handle rapid changes in heat loads and cooling demands of the IT equipment, cooling systems need to conserve energy during low loads.<br><br>**Virtualization**<br>Virtualization also complicates the dynamic computing problem. Not only can the heat load change with demand, it can also change by area in the data center. With virtualization, processing is more efficiently distributed to maximize equipment, so a server can go from lightly loaded to fully loaded in a short period of time. Virtualized data centers usually run at higher densities per rack as a result of their increased utilization rates, making a reliable cooling system even more critical.<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013).<br><br>• **Microprocessor Controller**<br>Provides complete reliability of the unit through intelligent controls<br><br>• Includes integrated active response controls that vary cooling capacity to match IT heat load<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Active Response Controls**<br>Active response controls ensure that servers consistently operate at the desired rack inlet setpoint. As temperatures shift, built-in probes detect changes and send a signal to the controller. The cooling output is continually adjusted to accommodate varying loads, determined by the difference between the setpoint and the actual temperature as well as the airflow for each cooling unit. The fluid valve modulates fluid flow into the cooling coil, keeping equipment at the proper temperature, and saving energy by only consuming the amount required to cool the IT heat load.<br><br>Microprocessor controller<br>• 7-inch IT Touch Screen display<br>• exclusive PID algorithm for chilled water supply temperature regulation<br>• production of chilled water down to -10 °C<br>• advanced freeze protection on evaporator<br>• standard or VSD embedded pump rotation and management<br>• integrated features:<br>  • LAN card to connect units<br>  • SNMP, Modbus TCP/IP<br>  • USB port for firmware upload and data download<br>  • Clock card<br>• external motorized isolating valve management<br>• quick start procedure after a power failure<br>• unloading to protect unit operation even with temperatures that exceed the maximum<br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment: Right-sized systems for every environment, from network closets to data centers" Brochure (2013); *see also, e.g.*, Schneider Electric, "Uniflair Chillers TRAC – TRAF: Uniflair Air Cooled and Free Cooling Chillers for mission critical applications 120 – 400 kW" Brochure (2019); *see also, e.g.*, Schneider Electric, "Uniflair Chillers TRAC – TRAF – TRAH: Uniflair Air Cooled and Free Cooling Chillers and heat pumps for mission critical applications 110 – 400 kW" Brochure (2019); Schneider Electric, "Uniflair Chillers TSAC-TSAF: Uniflair Air Cooled and Free Cooling Chillers with inverter driven scroll compressors. 120 – 350 kW" Brochure (2019). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1a] receiving sensory data corresponding to a temperature from a subsystem in a data center; | Schneider Electric's customers, when using the Schneider Electric Supplied Products, received sensory data corresponding to a temperature from a subsystem in a data center.<br><br>For example, Schneider Electric's customers, when using the Schneider Electric Supplied Products, calibrated temperature sensors.<br><br>**Flexibility**<br>The control software enables the operation of the unit to be adapted to every type of installation thanks to:<br>• The facility to input a double set-point for both temperature and humidity<br>• The facility to change fan speed directly from the user terminal (units with EC fans)<br>• Flexible configurability of alarm outputs<br>• The facility to calibrate temperature and humidity sensors<br>• The facility to interface with a wide range of BMS systems<br><br>**Intelligent Free-cooling**<br>The microprocessor control continuously monitors the room temperature and the outside environmental conditions: if these conditions allow the dissipation of the thermal load, free-cooling is then activated.<br>Unlike traditional systems, the free-cooling start-up temperature varies as the thermal load in the conditioned room varies.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014).<br><br>As another example, Schneider Electric's customers, when using the Schneider Electric Supplied Products, sensed the temperature at the discharge of the units / supply to the inlet of the racks.<br><br>**Brushless VSD scroll compressor**<br>• Discharge temperature control<br>• High energy efficiency at partial load<br>• Low starting current<br>• No sliding contacts<br><br>• Discharge temperature sensor integrated with the microprocessor to allow discharge temperature control; in combination with D and U version, moisture control can be selected<br><br>*See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Speed Drive compressors 50-150 Kw" Brochure (Dec. 2019); *see also, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | Discharge air temperature sensor — An air discharge temperature sensor is equipped standard to control cooling to a supply air setpoint.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Chilled Water Service Manual HDCV5000, HDCV5200 (March 2019).<br><br>As another example, Schneider Electric's customers used additional "room air temperature" sensors to control the cooling units.<br><br>Additional accessories<br>• Suction from the top and front discharge plenums: they can be equipped with soundproofed insulation or with high efficiency air filters<br>• Back and top suction direct free-cooling plenum<br>• Floor stands (200mm height)<br>• Floor stands with motorized damper (500mm height)<br>• Motorized damper<br>• Adjustable baseframe (200 – 600 mm)<br>• Fire and smoke sensors<br>• Water leak detector<br>• Room air temperature / humidity sensor<br><br>*See, e.g.*, Schneider Electric, "Uniflair Air Cooled Room Cooling IDAV – IUAV – IXAV: Uniflair Direct Expansion Air Cooled Room Cooling with Variable Speed Drive compressors 50-150 Kw" Brochure (Dec. 2019).<br><br>As another example, Schneider Electric's customers used additional "remote temperature sensors" to control the cooling units. |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Analog inputs**<br><br>**Path: Main > Configuration > Service > Analog Inputs**<br><br>• **Analog Input 3 — Leaving Chilled Water Temperature Sensor:** Select whether or not the leaving chilled-water temperature sensor is available. (**Not Present**, **Present**)<br>• **Analog Input 3 — Remote Temperature Setpoint:** Select whether or not the remote temperature setpoint sensor is available. (**Not Present**, **Present**)<br>• **Analog Input 8 — Leaving Chilled Water Temperature Sensor:** Select whether or not the leaving chilled-water temperature sensor is available. (**Not Present**, **Present**)<br>• **Analog Input 8 — Remote Temperature Setpoint:** Select whether or not the remote temperature setpoint sensor is available. (**Not Present**, **Present**)<br>• **Dual Circuit Expansion Board Analog Input 3 — Remote Temperature Setpoint:** Select whether or not the remote temperature setpoint sensor is available. (**Not Present**, **Present**)<br><br>*See, e.g.*, Schneider Electric Uniflair LE Chilled Water Service Manual HDCV5000, HDCV5200 (March 2019).<br><br>**Remote Temperature Sensors**<br><br>To control the cooling unit based on rack inlet temperature, remote temperature sensors are provided. The ACRD300 series units come equipped with one temperature sensor. These sensors measure temperature at a point 4 m (13 ft) from the connection inside the Uniflair Direct Expansion InRow unit. These sensors are used for remote placement in the field on an adjacent IT rack.<br><br>*See, e.g.*, Schneider Electric Uniflair Direct Expansion InRow Cooling ACRD300 and ACCU300 Series Technical Specifications (July 2021).<br><br>**Configuring the unit**<br><br>**Path: Main > Configuration > Unit > System**<br><br>• **Number of Units in Group:** The number of cooling units in this cooling group. Up to 16 cooling units can be joined together to work as a single cooling group.<br>• **Temperature Control Mode:** Determines which setpoint will be used for fan control (**Return Temperature** or **Supply Temperature** or **Remote Temperature**).<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

- **Num. of Remote Temp. Sensors:** The number of remote temperature sensors in the cooling group. (0–72)<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.
- **Remote Temperature Control Mode:** If **Average** is selected, the controller will use the average value of all of the remote temperature sensors as the temperature reading. If **Maximum** is selected, the controller will use the highest temperature from all of the remote temperature sensors as the temperature reading.<br>**NOTE:** This is only editable if **Num. of Remote Temp. Sensors** in this menu is set to a value greater than zero (0).

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

**Temperature**

**Path: Main > Status > Temperature**

- **Return Temperature:** The current return air temperature. (°C (°F))
- **Supply Temperature:** The current supply air temperature. (°C (°F))
- **Left Supply Temperature:** The current supply air temperature of the left air temperature sensor. (°C (°F))
- **Right Supply Temperature:** The current supply air temperature of the right air temperature sensor. (°C (°F))
- **Outdoor Air Temperature:** The current outdoor air temperature. (°C (°F))
- **Remote Temperature Maximum:** The current highest temperature reading from all remote temperature sensors. (°C (°F))
- **Remote Temperature Minimum:** The current lowest temperature reading from all remote temperature sensors. (°C (°F))
- **Remote Temperature Average:** The current average temperature reading from all remote temperature sensors. (°C (°F))
- **Dew Point Temperature:** The current dew point temperature. (°C (°F))

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Rack temperature sensors**

The rack temperature sensors control the equipment airflow and ensure adequate supply of cooling air to the server racks in the data center.

The equipment is supplied with three external rack temperature sensors. See "Install kit inventory" on page 10. These sensors, along with cable ties and wire clips, are included in the installation kit shipped with the equipment.



**How to install the rack temperature sensors**

1. Insert the rack temperature sensor connector in the temperature sensor port customer interface connections. See "Customer interface connections" on page 39.
    a. For a top installation, push the rack temperature sensor through the wire channel located at the top of the equipment in the left hand side just above the customer interface connectors.
    b. For a bottom installation, route the sensor through the wire clamps along the electrical panel and then push the sensor through the customer access hole in the bottom of the equipment.
2. Route the sensor through either the top or the bottom of the adjacent server rack.
3. Secure the temperature sensor cable to the front door of the adjacent server rack at multiple locations using the provided wire clips as shown. See "Install kit inventory" on page 10.
   **NOTE:** Remote rack temperature sensors must be installed for proper operation.
   The sensors should be located on racks that are adjacent to the cooling unit. The optimum position of the rack temperature sensors will vary from installation to installation but should be located in close proximity to fan-cooled IT equipment to ensure accurate readings.
   Servers most likely to have insufficient or inadequately cooled air due to the recirculation of hot air from the hot aisle include the following:
    a. Servers positioned at the top of a rack
    b. Servers positioned at any height in the last rack at an open end of a row
    c. Servers positioned behind flow-impairing obstacles such as building elements
    d. Servers positioned in a bank of high-density racks
    e. Servers positioned next to racks with Air Removal Units (ARU)
    f. Servers positioned very far from the equipment
    g. Servers positioned very close to the equipment




*See, e.g.*, Schneider Electric, InRow Chilled Water Air Conditioners, InRow RC, ACRC600, ACRC601, ACRC602, ACRC600P, ACRC602P Installation Manual (Oct. 2017).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| [1b] processing the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center is operating within a predetermined temperature range; | Schneider Electric's customers, when using the Schneider Electric Supplied Products, processed the sensory data by a first agent in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>Schneider Electric's customers used the Schneider Electric Supplied Products to set temperature setpoints and control the Schneider Electric Supplied Products to match the thermodynamic/IT head load.<br><br>**Control**<br>The touch-screen LCD display interface is protected by a configurable password and provides access to information and settings for the unit.<br>• Supply Temperature Setpoint: 15.0–30.2°C (59.0–86.4°F)<br>• Cool Setpoint: 18.0–32.2°C (64.4–90.0°F)<br>• Rack Inlet High Temperature Threshold: 10.0–65.6°C (50.0–150.1°F)<br>• Supply Air High Temperature Threshold: 10.0–65.6°C (50.0–150.1°F)<br>• Return Air High Temperature Threshold: 10.0–65.6°C (50.0–150.1°F)<br><br>*See, e.g.*, Schneider Electric, Uniflair Direct Expansion InRow Cooling ACRD300 and ACCU300 Series Technical Specifications (July 2021); *see also, e.g.*, Schneider Electric, Uniflair Chilled-Water InRow Cooling ACRC300 Series, ACRC600 Series Technical Specifications (Oct. 2022); Schneider Electric, InRow Chilled Water Air Conditioners Technical Specifications (Nov. 2017).<br><br>Setpoints<br>A setpoint is the target value that a cooling group will maintain in the environment. The default setpoints are appropriate for most cooling applications.<br>**Cool Setpoint.** Set the temperature that the cooling group should maintain. The setpoint must be within 18.0–35.0°C (64.4–95.0°F).<br>**NOTE:** This is the temperature maintained at the rack inlets.<br>**Supply Air Setpoint.** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Supply Air Setpoint** will be the required temperature of the air expelled into the surrounding environment.<br>**NOTE:** The **Supply Air Setpoint** is defined by the field service representative when the cooling group is commissioned.<br><br>*See, e.g.*, Schneider Electric, InRow Chilled Water Air Conditioners, InRow RC, ACR301S, ACRC301H User's Guide (Jan. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Uniflair InRow Cooling**<br><br>Up to 70 kW<br><br>Close-coupled cooling for small to large data centers<br><br>The Uniflair InRow Cooling product design closely couples the cooling with the IT heat load. An unpredictable data center environment is common among IT managers. In today's data centers, traditional cooling approaches involve complex air distribution systems that tend to be unpredictable and leave many customers guessing where the cold air goes. With the Uniflair InRow cooling products, Schneider Electric has taken the guesswork out of data center cooling. Placing the unit in the row of racks moves the source of cooling closer to the heat load. This minimizes air mixing and provides a predictable cooling architecture.<br><br>• Scalability<br>• Predictability at the rack and row level<br>• High density zones in larger data centers<br><br><br><br>Total cost of ownership: Uniflair InRow units are ideally suited for small and medium data centers as well as high density zones in data centers of any size.<br><br>*See, e.g.*, Schneider Electric, "Intelligently controlled high-performance close-coupled cooling: Uniflair InRow Cooling" Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, Schneider Electric, "Intelligently controlled high-performance close-coupled cooling: Uniflair InRow Cooling" Brochure (2020). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Changing settings**

**NOTE:** Images are examples only to show operation of the display interface. Screens on your unit may vary.

Screens that have mixed types of settings (e.g., list items and field items) require changes to be confirmed individually after being changed.

1. Select the option or enter a value for the setting to be changed.
   a. For list items (❶), press the up and down arrows to select the setting.
   b. For field items (❸), enter a value for the setting.
2. Press **OK** (❷) to confirm after each individual setting change.




*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

**Setpoints**

A setpoint is the target value that a cooling group tries to maintain in the environment. The default setpoints are appropriate for most cooling applications.

**Path: Main > Setpoints**

- **Return Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Return Air Setpoint** will be the required temperature of the air entering the cooling unit.
  **NOTE:** The **Return Air** setting is defined by Schneider Electric qualified personnel when the cooling unit is commissioned.
- **Supply Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Supply Air Setpoint** will be the required temperature of the air expelled into the surrounding environment.
  **NOTE:** The **Supply Air** setting is defined by Schneider Electric qualified personnel when the cooling group is commissioned.
- **Remote Temperature Setpoint:** The target values for the remote air sensors connected to a NetBotz® Rack Sensor Pod 150. When this setpoint is active, the **Supply Air Setpoint** is also displayed as a read-only variable because the remote air controller uses the supply air controller to achieve the remote temperature setpoint. (10.0–18.0°C (50.0–64.4°F))

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>


Active Floor

Uniflair Active Floor is the flexible solution for cooling the high intensity heat loads associated with modern data servers.

Located within the floor void in front of the server rack, Uniflair Active Floor fits exactly into a standard 600mm x 600mm floor grid.

Cool air is focussed directly at the heat load by means of a unique dual air deflector system linked to independent temperature sensors located in the outlet air from the targeted servers.

Active Floor simultaneously minimises energy consumption by reducing the volume of air flow to exactly match the thermodynamic heat load.



See, e.g., Uniflair, “Active Floor: Technologies for the future” Brochure.



Active Floor

Active Floor™ is a flexible and modular system for cooling data centers with medium and high-density loads. Integrated within an access floor in front of the suction section of the rack, it allows the cold air produced by the Close Control units to be directly channelled to the source of the thermal load thanks to the advanced adjustment of the air flow direction. The Active Floor guarantees correct and efficient operation of the rack units at the nominal design conditions.

Automatic Floor Pressurization System

AFPS is a control module that maintains a constant nominal pressure underneath the floor (from 20 to 80 Pa) and manages the fan speed in all operating conditions (even during maintenance) and for the entire lifetime of the room. AFPS optimizes system efficiency in the event of an increase in the room’s thermal load.

See, e.g., Schneider Electric, “Uniflair Access Floor for data centers: One Solution, many benefits” Brochure (2013).
</td></tr>
</table>

As one example, Schneider Electric's customers used the Automatic Floor Pressurization System (AFPS) and/or Active Floor Control (AFC) as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.




The solution is particularly applicable for Chilled Water installations where the air flow can be adjusted to a very low minimum level (20% on cooling only units). AFPS can also be used on installations for DX systems (air or water cooled) which include multiple Uniflair units.

AFPS also includes the following additional features;

- Adjustable constant under-floor pressurisation from each unit
- Control to the average pressure as measured by any group of Uniflair units connected in LAN.
- Revert to independent control should any Uniflair unit measure excessive ΔP.
- Each Uniflair unit operates at maximum speed should its microprocessor fail (all others in LAN will reduce speed automatically).
- Each Uniflair unit will operate at maximum speed should any sensor be damaged (all others in LAN will reduce speed automatically).
- Revert to independent control should the LAN fail.
- Up to 10 units on one LAN

*See, e.g.*, Uniflair, "Automatic Floor Pressurisation System (AFPS)" Brochure.

| Claim Language | Exemplary Evidence |
|---|---|
| | High-density cooling solutions<br>**Active floor**<br><br>Range<br>Cooling capacity: 6 ÷ 15 kW<br>Standard features<br>• Active floor is a flexible and modular system for cooling data centers with medium- and high-density loads. Integrated within a modular access floor in front of the intake section of the rack, the Active Floor fits exactly into a modular access floor panel measuring 600 mm x 600 mm. The cold air produced by the close control perimeter units is directly channeled to the source of the thermal load thanks to the advanced adjustment of the direction of the airflow. The active floor creates a high-density bubble of air, which is maintained at a constant temperature along the whole intake section of the rack, guaranteeing operation at the nominal design conditions. The airflow varies according to the actual thermal load and is detected by two sensors placed on the discharge section of the servers.<br>• Active floor employs variable speed EC, motor-driven fans to minimize energy consumption.<br>• This solution may be used in stand-alone applications as well as with perimeter close control units equipped with underfloor pressure control.<br>• The active floor guarantees optimum operation of high-density equipment for loads installed in each module of 25 kW and 40 kW with solutions featuring the two modules certified by TUV.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners: Uniflair air conditioners designed for precision environmental control of mission-critical applications" (2016); *see also, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Active Floor**<br><br>Uniflair Active Floor is the flexible solution for cooling the high intensity heat loads associated with modern data servers.<br><br>Located within the floor void in front of the server rack, Uniflair Active Floor fits exactly into a standard 600mm x 600mm floor grid.<br><br>Cool air is focussed directly at the heat load by means of a unique dual air deflector system linked to independent temperature sensors located in the outlet air from the targeted servers.<br><br>Active Floor simultaneously minimises energy consumption by reducing the volume of air flow to exactly match the thermodynamic heat load.<br><br><br><br><br>*See, e.g.*, Uniflair, "Active Floor: Technologies for the future" Brochure.<br><br><br><br><br>**Active Floor**<br><br>Active Floor™ is a flexible and modular system for cooling data centers with medium and high-density loads. Integrated within an access floor in front of the suction section of the rack, it allows the cold air produced by the Close Control units to be directly channelled to the source of the thermal load thanks to the advanced adjustment of the air flow direction. The Active Floor guarantees correct and efficient operation of the rack units at the nominal design conditions.<br><br><br><br>**Automatic Floor Pressurization System**<br><br>AFPS is a control module that maintains a constant nominal pressure underneath the floor (from 20 to 80 Pa) and manages the fan speed in all operating conditions (even during maintenance) and for the entire lifetime of the room. AFPS optimizes system efficiency in the event of an increase in the room's thermal load.<br><br>*See, e.g.*, Schneider Electric, "Uniflair Access Floor for data centers: One Solution, many benefits" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, Schneider Electric's customers used InRow cooling units as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range. |




*See, e.g.*, Schneider Electric, "Uniflair Chilled Water InRow Cooling" Brochure.

| Claim Language | Exemplary Evidence |
|---|---|
| | **Rack temperature sensors**<br><br>The rack temperature sensors control the equipment airflow and ensure adequate supply of cooling air to the server racks in the data center.<br><br>The equipment is supplied with three external rack temperature sensors. See "Install kit inventory" on page 10. These sensors, along with cable ties and wire clips, are included in the installation kit shipped with the equipment.<br><br><br><br>**How to install the rack temperature sensors**<br><br>1. Insert the rack temperature sensor connector in the temperature sensor port customer interface connections. See "Customer interface connections" on page 39.<br>a. For a top installation, push the rack temperature sensor through the wire channel located at the top of the equipment in the left hand side just above the customer interface connectors.<br>b. For a bottom installation, route the sensor through the wire clamps along the electrical panel and then push the sensor through the customer access hole in the bottom of the equipment.<br><br><br><br><br>2. Route the sensor through either the top or the bottom of the adjacent server rack.<br>3. Secure the temperature sensor cable to the front door of the adjacent server rack at multiple locations using the provided wire clips as shown. See "Install kit inventory" on page 10.<br>**NOTE:** Remote rack temperature sensors must be installed for proper operation.<br>The sensors should be located on racks that are adjacent to the cooling unit. The optimum position of the rack temperature sensors will vary from installation to installation but should be located in close proximity to fan-cooled IT equipment to ensure accurate readings.<br>Servers most likely to have insufficient or inadequately cooled air due to the recirculation of hot air from the hot aisle include the following:<br>a. Servers positioned at the top of a rack<br>b. Servers positioned at any height in the last rack at an open end of a row<br>c. Servers positioned behind flow-impairing obstacles such as building elements<br>d. Servers positioned in a bank of high-density racks<br>e. Servers positioned next to racks with Air Removal Units (ARU)<br>f. Servers positioned very far from the equipment<br>g. Servers positioned very close to the equipment<br><br>*See, e.g.*, Schneider Electric, InRow Chilled Water Air Conditioners, InRow RC, ACRC600, ACRC601, ACRC602, ACRC600P, ACRC602P Installation Manual (Oct. 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, Schneider Electric's customers used Perimeter cooling units in free-cooling/efficiency mode as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range.<br><br>In the white space: Uniflair Room Cooling HXCV (120 - 250 kW)<br><br>Perimeter chilled water air-conditioners with underfloor fans designed to maximize cooling capacity while limiting their footprint. Optimized for high temperature operation, they deliver outstanding savings in energy cost.<br><br>In the grey space: Uniflair Chillers DSAF (400 - 1200 kW)<br><br>Innovative free-cooling trim chiller with integrated logic to maximize system efficiency, leveraging on free-cooling as primary source.<br><br>*See, e.g.*, Schneider Electric, "Make IT cooling sustainable: Free-cooling redefined: a Uniflair cooling solution" Brochure (2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Energy-saving Units**<br>Energy-saving units, available only on Uniflair LE range, represent the ultimate energy-efficient solution in cool or temperate climates.<br>The operating principle exploits the free-cooling effect available when the outside air temperature is lower than that in the conditioned space — the lower the outside temperature, the greater the energy saving. The sophisticated microprocessor control manages operation of the unit automatically in three different situations.<br>In summer the unit operates as a normal closed circuit glycol-cooled system (Fig. A). As the external temperature falls, the coolant can be used directly for the free-cooling of the air. In this case the coolant is circulated in the coil inside the unit (Fig. B) and both the refrigerant circuit and the glycol circuit contribute to cooling, reducing the energy used by the compressor. If the outside temperature falls further to a level where the coolant can dissipate the entire heat load from the room, then the refrigerant circuit is shut down completely and the unit functions as a traditional chilled water unit with a modulating valve (Fig. C). With this technology, Energy-saving units provide significant reductions in operating costs and payback periods.<br><br>*Fig. A: Mechanical cooling operation*<br><br>*Fig. B: Mixed cooling operation*<br><br>*Fig. C: Free-cooling operation*<br><br>*See, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014).<br><br>**Intelligent Free-cooling**<br>The microprocessor control continuously monitors the room temperature and the outside environmental conditions: if these conditions allow the dissipation of the thermal load, free-cooling is then activated.<br>Unlike traditional systems, the free-cooling start-up temperature varies as the thermal load in the conditioned room varies.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>*See, e.g.*, Schneider Electric, "High Performance Chillers" Brochure (2014).<br><br>As another example, Schneider Electric's customers used Perimeter cooling units in normal mode as a "first agent" in a hierarchy of agents to determine if the subsystems in the data center were operating within a predetermined temperature range. |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Changing settings**

**NOTE:** Images are examples only to show operation of the display interface. Screens on your unit may vary.

Screens that have mixed types of settings (e.g., list items and field items) require changes to be confirmed individually after being changed.

1. Select the option or enter a value for the setting to be changed.
   a. For list items (❶), press the up and down arrows to select the setting.
   b. For field items (❸), enter a value for the setting.
2. Press OK (❷) to confirm after each individual setting change.




*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

**Setpoints**

A setpoint is the target value that a cooling group tries to maintain in the environment. The default setpoints are appropriate for most cooling applications.

**Path: Main > Setpoints**

- **Return Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Return Air Setpoint** will be the required temperature of the air entering the cooling unit.
  **NOTE:** The **Return Air** setting is defined by Schneider Electric qualified personnel when the cooling unit is commissioned.
- **Supply Air Setpoint:** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Supply Air Setpoint** will be the required temperature of the air expelled into the surrounding environment.
  **NOTE:** The **Supply Air** setting is defined by Schneider Electric qualified personnel when the cooling group is commissioned.
- **Remote Temperature Setpoint:** The target values for the remote air sensors connected to a NetBotz® Rack Sensor Pod 150. When this setpoint is active, the **Supply Air Setpoint** is also displayed as a read-only variable because the remote air controller uses the supply air controller to achieve the remote temperature setpoint. (10.0–18.0°C (50.0–64.4°F))

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | Uniflair™ Room Cooling units are precision air conditioners designed to specifically meet the air conditioning needs of Data Centers and Internet providers, data-processing centers, and any technological environment characterized by high levels of heat value to dissipate. To ensure proper operation of the equipment in such installations, it is essential to keep the temperature and humidity conditions constant throughout the year; that is why the Room Cooling units control the ambient conditions, not just cooling. The air-conditioning systems intended for the purposes of "comfort" are designed specifically to ensure the well-being of the people in the room and are generally incapable of ensuring that the ambient conditions required by technologically sophisticated equipment can be kept constant, especially in the presence of much higher specific heat loads. In precision air conditioning applications, there are five main objectives to pursue:<br>• Air temperature control (±1.0°C (±1.8°F))<br>• Air humidity control (±7/8%)<br>• High airflow rate<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022).<br><br>**Air Temperature Control**<br>The Uniflair™ Room Cooling units are able to control the air temperature in the conditioned room with utmost precision, adapting their cooling or heating capacity to the heat load in the room by means of sophisticated proprietary microprocessor control PID algorithms. They are also able to react promptly to any major changes in the heat load, restricting to a minimum any oscillation in the ambient temperature with respect to the set point, which, depending on the version, may be based on the air return temperature or the discharge temperature.<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022). |

| Claim Language | Exemplary Evidence |
|---|---|
| | • Unit version options<br>◦ Cooling only: cooling units operate by controlling the air temperature set point (return or supply). The unit is equipped with one return temperature sensor and two supply air temperature sensors located in the air discharge section<br>◦ Cooling and humidification: cooling and humidification units operate by controlling the air temperature set point (return or supply) and the relative humidity set point. The unit is equipped with one return air temperature and humidity sensor and two supply air temperature sensors. The humidification cycle is activated if the relative humidity value of the return air overcomes the minimum threshold. The unit is equipped with an immersed electrode humidifier for humidification purposes<br>◦ Cooling and dehumidification: cooling units operate by controlling the air temperature set point (return or supply) and the maximum humidity value. The unit is equipped with one return air temperature and humidity sensor and two supply air temperature sensors. The de-humidification cycle is activated if the relative humidity value of the return air overcomes the maximum threshold<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022).<br><br>The control system enables the following functions:<br>• Temperature and humidity control based on a set point which can be configured using the display interface<br>◦ Return temperature<br>◦ Supply temperature<br>◦ Remote temperature<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1c] adjusting a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range; and | Schneider Electric's customers, when using the Schneider Electric Supplied Products, adjusted a delivery rate for a cooling fluid using the first agent to keep the temperature range of the subsystem within the predetermined temperature range.<br><br>As one example, Schneider Electric's customers used the Automatic Floor Pressurization System (AFPS) and/or Active Floor Control (AFC) as a "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range.<br><br><br>The solution is particularly applicable for Chilled Water installations where the air flow can be adjusted to a very low minimum level (20% on cooling only units). AFPS can also be used on installations for DX systems (air or water cooled) which include multiple Uniflair units.<br><br>AFPS also includes the following additional features;<br>• Adjustable constant under-floor pressurisation from each unit<br>• Control to the average pressure as measured by any group of Uniflair units connected in LAN.<br>• Revert to independent control should any Uniflair unit measure excessive ΔP.<br>• Each Uniflair unit operates at maximum speed should its microprocessor fail (all others in LAN will reduce speed automatically).<br>• Each Uniflair unit will operate at maximum speed should any sensor be damaged (all others in LAN will reduce speed automatically).<br>• Revert to independent control should the LAN fail.<br>• Up to 10 units on one LAN<br><br>*See, e.g.*, Uniflair, "Automatic Floor Pressurisation System (AFPS)" Brochure. |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Automatic Floor Pressurization System (AFPS) through Active Flow Controller (AFC)**<br><br>The function of the Active Flow Controller (AFC) is to improve the balance of airflow between the cooling structure and IT equipment. The AFC works in two ways: as a pressure indicator and as a controller. The device samples pressure inside and outside the thermal containment system and communicates with the cooling units to maintain precise control of the air distribution and cooling in the room (eliminating hot spots). The controller accomplishes this by adjusting the cooling unit fan speed to ensure that the desired volume of air reaches the IT equipment.<br><br>The system is composed of the following main elements:<br>• Precision air conditioning units featuring modulating fan control (by means of an inverter or continuous current fans<br>• Microprocessor regulation system with dedicated regulation software<br>• Pressure transducer that monitors the static pressure<br>• An assembly system for the pressure transducer ensuring reliable readings that are not influenced by dynamic effects<br>• A communication and management system of the LAN parameters integrated in the microprocessor control of the perimeter units<br><br><br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | High-density cooling solutions<br>**Active floor**<br><br>Range<br>Cooling capacity: 6 ÷ 15 kW<br>Standard features<br>• Active floor is a flexible and modular system for cooling data centers with medium- and high-density loads. Integrated within a modular access floor in front of the intake section of the rack, the Active Floor fits exactly into a modular access floor panel measuring 600 mm x 600 mm. The cold air produced by the close control perimeter units is directly channeled to the source of the thermal load thanks to the advanced adjustment of the direction of the airflow. The active floor creates a high-density bubble of air, which is maintained at a constant temperature along the whole intake section of the rack, guaranteeing operation at the nominal design conditions. The airflow varies according to the actual thermal load and is detected by two sensors placed on the discharge section of the servers.<br>• Active floor employs variable speed EC, motor-driven fans to minimize energy consumption.<br>• This solution may be used in stand-alone applications as well as with perimeter close control units equipped with underfloor pressure control.<br>• The active floor guarantees optimum operation of high-density equipment for loads installed in each module of 25 kW and 40 kW with solutions featuring the two modules certified by TUV.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency room air conditioners: Uniflair air conditioners designed for precision environmental control of mission-critical applications" (2016); *see also, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | |

# Active Floor

Uniflair Active Floor is the flexible solution for cooling the high intensity heat loads associated with modern data servers.

Located within the floor void in front of the server rack, Uniflair Active Floor fits exactly into a standard 600mm x 600mm floor grid.

Cool air is focussed directly at the heat load by means of a unique dual air deflector system linked to independent temperature sensors located in the outlet air from the targeted servers.

Active Floor simultaneously minimises energy consumption by reducing the volume of air flow to exactly match the thermodynamic heat load.




*See, e.g.*, Uniflair, "Active Floor: Technologies for the future" Brochure.



## Active Floor

Active Floor™ is a flexible and modular system for cooling data centers with medium and high-density loads. Integrated within an access floor in front of the suction section of the rack, it allows the cold air produced by the Close Control units to be directly channelled to the source of the thermal load thanks to the advanced adjustment of the air flow direction. The Active Floor guarantees correct and efficient operation of the rack units at the nominal design conditions.



## Automatic Floor Pressurization System

AFPS is a control module that maintains a constant nominal pressure underneath the floor (from 20 to 80 Pa) and manages the fan speed in all operating conditions (even during maintenance) and for the entire lifetime of the room. AFPS optimizes system efficiency in the event of an increase in the room's thermal load.

*See, e.g.*, Schneider Electric, "Uniflair Access Floor for data centers: One Solution, many benefits" Brochure (2013).

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>
As another example, Schneider Electric’s customers used InRow cooling units as the “first agent” to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range.




*See, e.g.*, Schneider Electric, “Uniflair Chilled Water InRow Cooling” Brochure.
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | Variable speed fans — Each unit is equipped with variable speed fans. In order to provide uniform airflow over the cooling coil, the fans provide a draw-through air pattern. Quiet, low maintenance, and producing very low vibration, fans are controlled through a signal from the microprocessor controller that constantly adjusts airflow to match the heat load in the Data Center without need for VFD (Variable Frequency Drive). In ACRC301S and ACRC301H units, the fans are easily replaceable while the unit is in operation.<br><br>Active Flow Controller Compatibility (ACRC301S and ACRC301H only) — Monitors pressure inside and outside the contained aisle and adjusts cooling unit fan speed to match the airflow with that of the IT equipment.<br><br>*See, e.g.*, Schneider Electric InRow Chilled Water Air Conditioners Technical Specifications (Jan. 2014).<br><br>The InRow product design closely couples the cooling with the IT heat load. This design prevents hot air recirculation, while improving cooling predictability and allowing for a pay as you grow environment. Available with and without humidity control, these products are designed to meet the diverse requirements for small to large data centers. Data center operators looking to improve efficiency or deploy high density servers will benefit from the modular design of the InRow Chilled Water products. The intelligent controls of the InRow Chilled Water products actively adjust fan speed and chilled water flow to match the IT heat load to maximize efficiency and address the dynamic demands of today's IT environments.<br><br>*See, e.g.*, Schneider Electric InRow Chilled Water Air Conditioners Technical Specifications (Jan. 2014).<br><br>3. Variable Speed Fans<br>a. Fans shall be variable speed capable of modulating from 30-100%. For ACRC500/ACRP500 series units, fans shall soft start to minimize in-rush current when starting.<br><br>*See, e.g.*, Schneider Electric InRow Chilled Water Air Conditioners Technical Specifications (Jan. 2014). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Airflow.** The velocity at which air flows into or out of the unit.<br><br>**Fan Speed.** The speed of the fans that regulate the airflow through the cooling unit.<br><br>**Airflow control.** When **Automatic** is selected, the cooling unit operates based on measured demand. When set to **60%**, **70%**, **80%**, **90%**, **100%**, the fans will operate at the selected output.<br><br>*See, e.g.*, Schneider Electric InRow Chilled Water Air Conditioners, In Row RC, ACRC301S, ACRC301H User's Guide (Jan. 2014).<br><br>**Variable-Speed Fans**<br><br>Each unit is equipped with variable speed fans to allow for varying heat loads. In order to provide uniform airflow over the cooling coil, the fans provide a draw-through air pattern. ACRD300 series units are equipped with eight direct-drive fan modules. These fans are easily replaceable while the unit is in operation.<br><br>*See, e.g.*, Schneider Electric Uniflair Direct Expansion InRow Cooling ACRD300 and ACCU300 Series Technical Specifications (July 2021).<br><br>As another example, Schneider Electric's customers used Perimeter cooling units in free-cooling/efficiency mode as a "first agent" to adjust the delivery rate for a cooling fluid (i.e., air) to keep the temperature range of the subsystem within the predetermined temperature range. Similarly, as another example, Schneider Electric's customers used Perimeter cooling units in normal mode as a "first agent" to keep the temperature range of the subsystem within the predetermined temperature range. |

| Claim Language | Exemplary Evidence |
|---|---|
| | In the white space: Uniflair Room Cooling HXCV (120 - 250 kW)<br><br>Perimeter chilled water air-conditioners with underfloor fans designed to maximize cooling capacity while limiting their footprint. Optimized for high temperature operation, they deliver outstanding savings in energy cost.<br><br><br><br>In the grey space: Uniflair Chillers DSAF (400 - 1200 kW)<br><br>Innovative free-cooling trim chiller with integrated logic to maximize system efficiency, leveraging on free-cooling as primary source.<br><br><br><br>*See, e.g.*, Schneider Electric, “Make IT cooling sustainable: Free-cooling redefined: a Uniflair cooling solution” Brochure (2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Energy-saving Units**<br>Energy-saving units, available only on Uniflair LE range, represent the ultimate energy-efficient solution in cool or temperate climates.<br>The operating principle exploits the free-cooling effect available when the outside air temperature is lower than that in the conditioned space — the lower the outside temperature, the greater the energy saving. The sophisticated microprocessor control manages operation of the unit automatically in three different situations.<br>In summer the unit operates as a normal closed circuit glycol-cooled system (Fig. A). As the external temperature falls, the coolant can be used directly for the free-cooling of the air. In this case the coolant is circulated in the coil inside the unit (Fig. B) and both the refrigerant circuit and the glycol circuit contribute to cooling, reducing the energy used by the compressor. If the outside temperature falls further to a level where the coolant can dissipate the entire heat load from the room, then the refrigerant circuit is shut down completely and the unit functions as a traditional chilled water unit with a modulating valve (Fig. C). With this technology, Energy-saving units provide significant reductions in operating costs and payback periods.<br><br>Fig. A: Mechanical cooling operation<br><br>Fig. B: Mixed cooling operation<br><br>Fig. C: Free-cooling operation<br><br>*See, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014).<br><br>**Intelligent Free-cooling**<br>The microprocessor control continuously monitors the room temperature and the outside environmental conditions: if these conditions allow the dissipation of the thermal load, free-cooling is then activated.<br>Unlike traditional systems, the free-cooling start-up temperature varies as the thermal load in the conditioned room varies.<br><br>*See, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Optimized management**<br><br>Management of the whole system allows energy consumption to be optimized and integrated control strategies to be implemented, which would otherwise not be possible.<br>All the Schneider Electric cooling resources can therefore be linked* together in a network to maximize the operating parameters and the current required. Row and room cooling units communicate to the chiller, reducing the energy requirement by means of a "tracking logic" for the current thermal load. The chilled water temperature varies dynamically to minimize compressor consumption and maximize the use of free-cooling, while maintaining the optimum temperature in the data center.<br>* *Specific configuration may be required.*<br><br>*See, e.g.*, Schneider Electric, "High Performance Chillers" Brochure (2014).<br><br>Electronically commutated fans — The units come standard with highly efficient and reliable EC (Electronically Commutated) fans. EC fans are controlled via a signal from the controller that can be set to provide a constant airflow, valve position based air-flow, or pressure based airflow (with an optional automatic floor pressurization system). They are quiet, low maintenance, and produce very low vibration.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Chilled Water HDCV5000, HDCV5200 Service Manual (March 2019).<br><br>**Configuring the unit**<br>**Path: Main > Configuration > Unit > System**<br>• **Number of Units in Group:** The number of cooling units in this cooling group. Up to 16 cooling units can be joined together to work as a single cooling group.<br>• **Temperature Control Mode:** Determines which setpoint will be used for fan control (**Return Temperature** or **Supply Temperature** or **Remote Temperature**).<br>**NOTE:** A NetBotz® Rack Sensor Pod 150 is required for **Remote Temperature** control.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Airflow settings**<br>**Path: Main > Configuration > Unit > Airflow > Fan**<br>• **Fan Control Type:** Select which method will be used to control the unit fans.<br>– **Proportional To Demand:** The speed of the evaporator fans is proportional to the compressor speed. As compressor capacity increases, fan speed increases; as compressor capacity decreases, fan speed decreases.<br>– **Under Floor:** The speed of the evaporator fans is based on the pressure differential between the air under the floor and the air above the floor.<br>**NOTE:** A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>– **HACS:** The speed of evaporator fans is based on the pressure differential between the inside and outside of the hot aisle containment system. The fan speed increases to bring the pressure difference back down to the setpoint or decreases fan output to increase the pressure differential.<br>**NOTE:** A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>– **CACS:** The speed of evaporator fan is based on the pressure differential between the inside and outside of the cold aisle containment system. The fan speed decreases to bring the pressure difference back down to the setpoint or increases fan output to increase the pressure differential.<br>**NOTE:** A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.<br>– **Constant Speed:** The fans will operate at the speed entered for **Fan Speed**.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Control the Environment**

**How the modes of operation work**

The cooling control varies based on the **Fan Control Type** setting:

See “Airflow settings” on page 30 for the **Fan Control Type** setting.

- **Proportional To Demand:** The speed of the evaporator fans is proportional to the compressor speed. As compressor capacity increases, fan speed increases; as compressor capacity decreases, fan speed decreases.
- **Under Floor:** The speed of the evaporator fans is based on the pressure differential between the air under the floor and the air above the floor.<br>**NOTE:** A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.
- **HACS:** The speed of evaporator fans is based on the pressure differential between the inside and outside of the hot aisle containment system. The fan speed increases to bring the pressure difference back down to the setpoint or decreases fan output to increase the pressure differential.<br>**NOTE:** A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.
- **CACS:** The speed of evaporator fan is based on the pressure differential between the inside and outside of the cold aisle containment system. The fan speed decreases to bring the pressure difference back down to the setpoint or increases fan output to increase the pressure differential.<br>**NOTE:** A pressure differential measuring device, such as an Active Flow Controller, must be connected to the unit for this setting.
- **Constant Speed:** The fans will operate at the speed entered for **Fan Speed**.

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

**Path: Main > Configuration > Service > Setpoints > Cooling**

The Proportional plus Integral plus Derivative (PID) loop controls the output of the fans.

**NOTE:** The sensors used to acquire readings for these values will depend on the setting for **Temperature Control Mode**.

See “Setpoints” on page 32 for the **Temperature Control Mode** setting.

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Bar graphs:** Three bar graphs are available to provide information about the evaporator fans, the humidifier, and the compressors.

| Icon | Description |
|---|---|
|  | Displays the evaporator fan speed. |
|  | Displays the steam production percentage of humidifier (if present). |
|  | Displays the stage of the electric reheat. |
|  | The number of graphs equals the number of compressors installed in the unit. For fixed-speed compressors, 0/1 means the compressor is off; 1/1 means the compressor is on. For variable-speed compressors, the compressor speed is displayed. |

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

**Cooling Unit Status**

**Path: Main > Status**

Status information for the environment, cooling unit, and components installed in the unit are provided in sub-menus. All of the status screens provide read-only information.

**Airflow**

**Path: Main > Status > Airflow**

- **Fan Speed:** The current fan speed percentage of the evaporating fans.
- **Fan Power:** The power consumed by all evaporating fans. (W)
- **Air Pressure:** In a HACS/CACS application, this is the average pressure reading of all AFC units. In an under floor application, this is either the average or the minimum as specified by the **Group Measurement Type**. (Pa (in. WC))

 See "Path: Main > Configuration > Service > Components > AFC > Under Floor" on page 37 for **Group Measurement Type**.

- **Local Air Pressure:** If configured for under floor local operation, this is the pressure reading from the local AFC unit. (Pa (in. WC))
- **Air Filter Pressure:** The current air pressure drop across the air filter. (Pa (in. WC))
- **AFC Airflow Status:** The current status of AFC airflow.
  - Insufficient Airflow
  - Nominal Airflow
  - Surplus Airflow
  - Unknown
  - AFC not available

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

Fans

The units are equipped with single-inlet centrifugal fans with electronically commutated (EC), backward curved fan blades made from a composite material.



The EC fans have the following features:

• Three-phase motor with external rotor and IP54 protection grade<br>
• Speed regulation by the controller<br>
• Statically and dynamically balanced impeller with lifelong lubrication<br>
• Mounted on a low-vibration fan support<br>
• Airflow-adaptable fan speed<br>
• Spider-shaped blades that reduce air-side pressure drops

See, e.g., Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022).
</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Fan Speed Management**

Uniflair units can utilize different fan speed management logics to minimize energy consumption. When combined with an Active Flow Controller (AFC), the unit will automatically set the airflow according to the pressure set point required under the raised floor.

Alternatively, the unit can adjust the airflow based on a combination of the heat load in the room and the airflow regulation from minimum to maximum.

The following graph shows the variation of the fan speed, and consequently the air flow, from a minimum to a maximum value as a function of the compressor speed (or cooling capacity). The minimum and maximum fan speed values are both configurable.

FAN SPEED REGULATION




*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| [1d] requesting a second agent from the hierarchy of agents to process the sensory data when the first agent cannot keep the temperature range within the predetermined temperature range unless the second agent redistributes the cooling fluid being delivered to one or more areas in the data center. | Schneider Electric's customers, when using the Schneider Electric Supplied Products, requested a second agent from the hierarchy of agents to process the sensory data when the first agent could not keep the temperature range within the predetermined temperature range unless the second agent redistributed the cooling fluid being delivered to one or more areas in the data center.<br><br>As one example, Schneider Electric's customers used InRow cooling units as the "second agent" in the hierarchy of agents to process the sensory data when the first agent (e.g., Automatic Floor Pressurization System (AFPS) and/or Active Floor Control (AFC); or a first InRow cooling unit) could not keep the temperature range within the predetermined temperature range unless the second agent (i.e., an InRow cooling unit; or second InRow cooling unit) redistributed the cooling fluid (i.e., air) being delivered to one or more areas in the data center.<br><br>**Communication connections**<br><br>**A-Link connections:** The A-Link bus connection allows communication between cooling units. Only one InRow RC unit needs to be defined through the display. The numbering of the other InRow RC units (up to a maximum of twelve) will take place automatically.<br><br>To enable the equipment to work as a group, link the units using the supplied cables or CAT-5 cables with RJ-45 connectors as shown. Terminators (120 Ohm, 1/4 W) must be inserted into the open A-Link ports at the first and last InRow RC unit.<br><br>The maximum wire length for the entire group may not exceed 1000 m (3,280 ft).<br><br>*See, e.g.*, Schneider Electric, InRow Chilled Water Air Conditioners, InRow RC, ACRC600, ACRC601, ACRC602, ACRC600P, ACRC602P Installation Manual (Oct. 2017). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Network Cable**<br><br>Various lengths of network cable are available to ship with your cooling system. The network cable is used to interconnect multiple units in a redundant group, as well as to connect the Network Management Card to your LAN.<br><br>*See, e.g.*, Schneider Electric Uniflair Direct Expansion InRow Cooling ACRD300 and ACCU300 Series Technical Specifications (July 2021).<br><br>Group Configuration<br><br>**Path: Main > Configuration > Group**<br><br>The **Group Configuration** screen displays options pertaining to the cooling group.<br><br>Setpoints<br><br>A setpoint is the target value that a cooling group will maintain in the environment. The default setpoints are appropriate for most cooling applications.<br><br>**Cool Setpoint.** Set the temperature that the cooling group should maintain. The setpoint must be within 18.0–35.0°C (64.4–95.0°F).<br>**NOTE:** This is the temperature maintained at the rack inlets.<br><br>**Supply Air Setpoint.** The setpoint must be within 15.0–30.2°C (59.0–86.4°F). The **Supply Air Setpoint** will be the required temperature of the air expelled into the surrounding environment.<br>**NOTE:** The **Supply Air Setpoint** is defined by the field service representative when the cooling group is commissioned.<br><br>**Delta-T Setpoint.** When the group is programmed for HACS or RACS mode and an AFC is not being used, this property specifies the desired temperature difference across the equipment from the following options.<br><br>*See, e.g.*, Schneider Electric, InRow Chilled Water Air Conditioners, InRow RC, ACRC301S, ACRC301H User's Guide (Jan. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | Group Configuration<br><br>**Number of Units in Group.** Indicates the number of cooling units in this cooling group. Up to twelve cooling units can be joined together to work as a single cooling group.<br><br>**Configuration Type.** The airflow control strategy for the cooling units of this cooling group. Only qualified service personnel can make changes to this setting.<br><br>• **In-Row:** Air flow is horizontal to allow in-row operation of the cooling. The loads share a common open cold aisle.<br>• **HACS (Hot Aisle Containment System):** Air flow in the room is controlled by enclosing the hot air aisle. The loads share an enclosed common hot aisle. This is not a sealed system.<br>• **RACS (Rack Air Containment System):** Air flow in the enclosure is controlled by a ducting system fitted to the enclosure. This is not a sealed system.<br>• **CACS (Cold Aisle Containment System):** Air flow in the room is controlled by enclosing the cold air aisle. The loads share an enclosed common cold aisle. This is not a sealed system.<br><br>*See, e.g.*, Schneider Electric, InRow Chilled Water Air Conditioners, InRow RC, ACRC301S, ACRC301H User's Guide (Jan. 2014).<br><br>**Active Flow Control Status.** Indicates whether the correct amount of airflow is being provided to the load. Status can be one of the following:<br><br>• **Over**: Airflow provided by the cooling units is more than the load requires.<br>• **Okay**: Airflow provided by the cooling units is equal to what the load requires.<br>• **Under**: Airflow provided by the cooling units less than the load requires.<br>• **N/A**: The cooling units are not using the Active Flow Controller.<br><br>*See, e.g.*, Schneider Electric, InRow Chilled Water Air Conditioners, InRow RC, ACRC301S, ACRC301H User's Guide (Jan. 2014). |

| Claim Language | Exemplary Evidence |
|---|---|
| | As another example, Schneider Electric's customers used Perimeter cooling units in normal mode as the "second agent" in the hierarchy of agents to process the sensor data when the first agent (e.g., Automatic Floor Pressurization System (AFPS) and/or Active Floor Control (AFC); an InRow cooling unit; a Perimeter cooling unit in free-cooling/efficiency mode; or a first Perimeter cooling unit in normal mode) could not keep the temperature range within the predetermined temperature range unless the second agent (i.e., a Perimeter cooling unit; or a second Perimeter cooling unit) redistributed the cooling fluid (i.e., air) being delivered to one or more areas in the data center.<br><br>In the white space: Uniflair Room Cooling HXCV (120 - 250 kW)<br><br>Perimeter chilled water air-conditioners with underfloor fans designed to maximize cooling capacity while limiting their footprint. Optimized for high temperature operation, they deliver outstanding savings in energy cost.<br><br><br>In the grey space: Uniflair Chillers DSAF (400 - 1200 kW)<br><br>Innovative free-cooling trim chiller with integrated logic to maximize system efficiency, leveraging on free-cooling as primary source.<br><br><br>*See, e.g.*, Schneider Electric, "Make IT cooling sustainable: Free-cooling redefined: a Uniflair cooling solution" Brochure (2016). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Energy-saving Units**

Energy-saving units, available only on Uniflair LE range, represent the ultimate energy-efficient solution in cool or temperate climates.

The operating principle exploits the free-cooling effect available when the outside air temperature is lower than that in the conditioned space — the lower the outside temperature, the greater the energy saving. The sophisticated microprocessor control manages operation of the unit automatically in three different situations.

In summer the unit operates as a normal closed circuit glycol-cooled system (Fig. A). As the external temperature falls, the coolant can be used directly for the free-cooling of the air. In this case the coolant is circulated in the coil inside the unit (Fig. B) and both the refrigerant circuit and the glycol circuit contribute to cooling, reducing the energy used by the compressor. If the outside temperature falls further to a level where the coolant can dissipate the entire heat load from the room, then the refrigerant circuit is shut down completely and the unit functions as a traditional chilled water unit with a modulating valve (Fig. C). With this technology, Energy-saving units provide significant reductions in operating costs and payback periods.



*Fig. A: Mechanical cooling operation*



*Fig. B: Mixed cooling operation*



*Fig. C: Free-cooling operation*

*See, e.g.*, Schneider Electric, "High-efficiency Room Air Conditioners: Uniflair and EcoBreeze" Brochure (2014).

**Advanced Control**

Advanced control logics ensure an intelligent operation of HXCV units to meet the cooling and airflow needs without wasting energy.

- Air flow control adapts to specific data center air distribution strategies (hot or cold aisle) and ensures efficient air flow management
- Advanced microprocessor control system UG50 enables direct communication between multiple HXCV units (up to 15) enabling precise cooling and high reliability

*See, e.g.*, Schneider Electric, "Boost data center efficiency" Brochure (2020).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

| | |
|---|---|
| Group control | Allows up to 10 units to communicate with each other for redundancy, demand fighting prevention, mode assist, and global sharing of certain settings. |

*See, e.g.*, Schneider Electric Uniflair LE Chilled Water HDCV5000, HDCV5200 Service Manual (March 2019).

**Configuring the unit**

**Path: Main > Configuration > Unit > System**

- **Number of Units in Group:** The number of cooling units in this cooling group. Up to 16 cooling units can be joined together to work as a single cooling group.

*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).

**Group Control**

**Overview**

The following group activities are available when units are grouped together on a network and are managed by the group controller:

- **Redundancy** designates a set of standby units, one of which will be placed into operation in the event of failure of the active unit.
- **Runtime balancing** changes roles of active and standby units to maintain an even runtime of unit components across the cooling group.
- **Assist** activates a standby unit when the active unit is unable to meet the cooling demand. This is supported for both temperature and humidity.

**Group Controller**

The group controller is selected by the group members when the group is created. The selected group controller remains the group controller until the unit is no longer on the network or the group is connected to another network and the group controller loses an arbitration.

**Group Data**

Group data are data shared among the group. When entered on any display interface of a unit in the group, the data is broadcast to the entire group. The group controller ensures that a new member of the group has data consistent with the other group members.

*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **Cooling Unit Group**<br><br>**Overview**<br>The following group activities are available when units are grouped together on a network and are managed by the group controller:<br>• **Redundancy** designates a set of standby units, one of which will be placed into operation in the event of failure of the active unit.<br>See "Redundancy" on page 47 for more information on redundancy.<br>• **Runtime balancing** changes roles of active and standby units to maintain an even runtime of unit components across the cooling group.<br>See "Runtime Balancing" on page 48 for more information on runtime balancing.<br>• **Assist** activates a standby unit when the active unit is unable to meet the cooling demand. This is supported for both temperature and humidity.<br>See "Assist" on page 48 for more information on assisting.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018).<br><br>**Group Controller**<br>The group controller is selected by the group members when the group is created. The selected group controller remains the group controller until the unit is no longer on the network or the group is connected to another network and the group controller loses an arbitration.<br>**Group data**<br>Group data is data that is shared among the group. When entered on any display interface of a unit in the group, the data is broadcast to the entire group. The group controller ensures that a new member of the group has data consistent with the other group members. The following data items are the group data items for the cooling units:<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Redundancy**<br>A unit in the group has one of the possible states:<br>• **Active:** The unit is providing environmental control.<br>• **Standby:** The unit is not currently providing environmental control but is ready to become active if an active unit fails or requires assistance.<br>• **Assist:** The unit is providing environmental control in response to a request for assistance. When assistance is no longer required, the unit returns to the standby state.<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022).<br><br>**Redundancy**<br>A unit in the group has one of the possible states:<br>• **Off:** The unit is powered but not performing any functions.<br>• **Standby:** The unit is not currently providing environmental control but is ready to become active if an active unit fails or requires assistance.<br>• **Assist:** The unit is providing environmental control in response to a request for assistance. When assistance is no longer required, the unit returns to the standby state. The type of assistance being provided will be displayed immediately after **Assist.**<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Assist**<br><br>The assist mode activates a standby unit to assist the active unit when the active unit cannot maintain the relevant set point alone. Assisting is provided for cooling, humidification, and dehumidification.<br><br>Only one standby unit is allocated to assist at a time. When selecting a unit as the assisting unit, the group controller will attempt to select a unit that supports both the temperature and humidity control assist. If a unit with both is not available, the group controller will select a unit with the desired assist function enabled.<br><br>**Cooling assist:** The group controller will assign a standby unit to assist when the air temperature process variable exceeds the set point plus the **Cooling Assist Threshold**. The unit will be returned to standby mode when it no longer has a demand.<br><br>*See, e.g.*, Schneider Electric Uniflair Room Cooling: Uniflair DX Air Cooled, Water Cooled and Indirect Free Cooling Units Technical Specifications (March 2022).<br><br>**Assist**<br><br>Assisting activates a standby unit to assist the active unit when the active unit cannot maintain the relevant setpoint alone. Assisting is provided for cooling, humidification, and dehumidification. These settings are enabled or disabled on the **Main > Configuration > Unit > Group** screen with the **Cooling Assist**, **Humidification Assist**, and **Dehumidification Assist** settings.<br><br>Only one standby unit is allocated to assist at a time. When selecting a unit as the assisting unit, the group controller will attempt to select a unit that supports both temperature and humidity control assist enabled. If a unit with both is not available, the group controller will select a unit with the desired assist function enabled.<br><br>**Cooling assist**<br><br>The group controller will assign a standby unit to assist when the air temperature process variable exceeds the setpoint plus the **Cooling Assist Threshold**. The unit will be returned to standby mode when it no longer has a demand. **Cooling Assist Threshold** is set on the **Main > Configuration > Service > Setpoints > Assist** screen.<br><br>*See, e.g.*, Schneider Electric Uniflair LE Operation and Maintenance Manual (Jan. 2018). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br><br>*See, e.g.*, Schneider Electric, "Uniflair LE Direct Expansion" Brochure (2013).<br><br><br>*See, e.g.*, Schneider Electric, "Cooling Infrastructure Solution: Room, Row and Chiller" Brochure (2022). |