# EXHIBIT 7

# U.S. Patent No. 6,718,277 – Infringement Claim Chart

The Supplied Control/Monitoring Products include:

- AutomatedLogic WebCTRL
- Nlyte Software Sutie
- Schneider Electric Struxureware
- Stulz CyberHub ECO.DC

The Supplied Control/Monitoring Products work with Computer Room Air Conditioning (CRAC) and Computer Room Air Handling (CRAH) units and sensors (e.g., temperature, humidity, pressure)—as described in, for example, the Complaint Exhibit for the'682 Patent also asserted in this case—to control atmospheric conditions within a building (i.e., data center).

These Supplied Control/Monitoring Products, in conjunction with the CRAC / CRAH units, when used by the Data Center, infringed at least claim 1 of the '277 patent as demonstrated in the exemplary claim chart below.

| Claim Language | Exemplary Evidence |
|---|---|
| [1pre] A method of controlling atmospheric conditions within a building, said method comprising the steps of: | The Data Center performed a method of controlling atmospheric conditions within a building.<br><br>For example, regardless of which supplier is used, the Data Center used Computer Room Air Conditioners (CRACs) / Computer Room Air Handlers (CRAHs) to control atmospheric conditions (e.g., temperature, pressure, airflow, humidity) within the data center.<br><br>*See, e.g.*,'682 Patent Complaint Exhibits.<br><br>The Data Center used one or more of the Supplied Control/Monitoring Products, in conjunction with the CRACs / CRAHs, to control atmospheric conditions (e.g., temperature, pressure, airflow, humidity) within the data center.<br><br>The WebCTRL® system<br>**Every smart building needs a cornerstone.**<br>A proven, industry-leading system from the original name in building analytics, WebCTRL® gives you the ability to fully understand your operations and analyze the results with tools that make sense to you.<br>**The Power of Simplicity provides analytical tools that help you achieve all areas of building optimization.**<br>• Maintain comfort and productivity<br>• Deliver operating efficiencies<br>• Balance occupant needs and operating costs<br>• Anticipate system issues<br>• Maintain sustainability<br>• Document your successful results<br>Look at your building automation system as the gathering place, the repository of all operating data and information related to your building. Whether it is temperature history, utility metering, trend data, or comfort measurement, your WebCTRL system effectively packages the information you need for management of your facilities.<br><br>*See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **What is a WebCTRL® system?**<br><br>A WebCTRL® system is a web-based building automation system that can be accessed from anywhere in the world through a web browser, without the need for special software on the workstation. Through the web browser, you can perform building management functions such as:<br>• adjust setpoints and other control parameters<br>• set and change schedules<br>• graphically trend important building conditions<br>• view and acknowledge alarms<br>• run preconfigured and custom reports on energy usage, occupant overrides, tenant billing, and much more<br><br><br><br>*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

THE NLYTE 7 SUITE

PRODUCT BRIEF

NLYTE 7 DEFINES THE MODERN DCIM SUITE

Given that data centers represent tens of millions of dollars of investment for your organization, with constant asset turnover, while running your critical business applications and pressing up against resource constraints of power, space, and networking, you should demand the solution that literally reflects the industry's needs. Whether you are a CxO or part of an IT, Facilities or Data Center management team, the Nlyte 7 data center infrastructure management (DCIM) suite, defined in part by our extensive client base, can help.

Nlyte counts some of the world's most valued companies, with the most sophisticated data centers, with deployments in the tens of thousands of racks as clients today. Plus, Nlyte is purpose-built software that is fully extensible, scalable, modular, web-based, with the industry's first business intelligence and workflow engines, a web services API for seamless 3rd party integrations, the industry patent on asset allocation and the industry's only contextual content repository with asset relationships.

CONNECTING I.T. AND DATA CENTER INFRASTRUCTURE

The more holistically you can manage your IT and data center infrastructure, the better you can manage risk and cost. You should demand visibility into what applications are running on which physical, logical and virtual infrastructure and where, which groups are supporting them, and connecting your Moves/Adds/Changes to your ITSM processes.

To do just this, Nlyte has a central repository that maintains contextual relationships between data center assets and asset parameters. In conjunction, the Nlyte NgageAPI™ web service – already leveraged by such partners as BMC, HP and Intel – serves as the backbone for ready-integration with CMDB, Help Desk, Change Management/ITSM, Building Management and ERP systems. Thus, Nlyte can provide the ultimate IT and data center visibility for capacity planning, data center migration, consolidation and technology refresh projects today!

Nlyte 7 Key Features

- The DCIM industry's only central repository of contextual data center asset information and interrelationships
- Patented automatic selection and execution of optimal asset allocation
- Sophisticated "what if" modeling supported by the industry's first integrated Business Intelligence engine
- Powerful, flexible workflow engine for project management
- Refined data-driven modeling and capacity visualization of data center floors and cabinets
- Extensive asset library with key attributes
- Mapping of asset relationships and dependencies
- Logical, pod, cage and user-defined asset grouping capability
- Complete power and network connection management
- Automated asset reconciliation
- Robust web services API for rapid integration to 3rd party apps
- Off-the-shelf integrations with ITSM frameworks including BMC Remedy, Atrium, ADDM, VMware and HP

Nlyte 7 Key Benefits

- Improves data center operational excellence and optimizes the use of its power, cooling and space
- Reduces the cost, time and risk of migrations and consolidations by up to 50%
- Decreases the business risk and expense caused by unplanned downtime and catastrophic failure by up to 50%
- Defers the CapEx for new data center build outs by several years
- Cuts power expense and improves PUE (power usage effectiveness)
- Provides visibility into key performance indicators
- Supports ITIL® and COBIT® best practices
- Quick identification of capacity issues
- Single system of record for data center asset information
- Significantly reduce the cost of executing a technology refresh

*See, e.g.*, Nylte Software Product Brief (April 2013).

</td></tr>
</table>

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>


<br>


<br>
See, e.g., nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **StruxureWare for Data Centers Software Suite**<br><br>UPS units, cooling equipment, and secure power systems from Schneider Electric are core components of any architecture designed for highly critical applications, such as data centers, industry environments, infrastructure, and buildings.<br><br>Intelligent energy management of these systems is enabled by Schneider Electric EcoStruxure™ integrated hardware and software system architecture. StruxureWare software applications and suites are a key element of the EcoStruxure architecture. The software helps maximize system reliability and optimize operational efficiency.<br><br>StruxureWare for Data Centers software collects and manages real-time information about assets, resource use, and operation status throughout the data center life cycle. This data center infrastructure management (DCIM) software provides full system visibility, allowing managers to monitor information and act quickly in order to optimize data center performance and meet IT, business, and service-oriented goals.<br><br><br><br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **DCIM**<br><br>**DCIM**<br><br>**The STULZ Data Center Infrastructure Management System monitors, analyzes and manages complete air conditioning systems**<br><br>**We continually strive to improve our cooling systems and solutions and their control systems, in order to achieve the best possible results for our customers. For this reason, STULZ Digitronic Software was founded to focus on the development of embedded systems, long-term data acquisition, Big Data measurement data analysis and 3D data visualization. So you can keep your project on the road to success.**<br><br><br><br><br>**CyberHUB ECO.*DC***<br><br>The CyberHub ECO.*DC* Data Center Infrastructure Management (DCIM) solution developed by STULZ Digitronic Software GmbH monitors, plans and manages complete air conditioning systems and the connected infrastructure in the data center. With just a single central software solution, the operational reliability and energy efficiency of data centers is increased to the max.<br><br>**Savings on operating costs**<br>Precisely track down potential savings and implement them immediately.<br><br>**Maximum reliability**<br>Round-the-clock monitoring of measurement data (e.g. to prevent hot spots or energy overload).<br><br>**One system for all data**<br>Collect measurement data from all energy consumers (e.g. electricity, gas, amounts of heat or cold), and collectively analyze them for the entire data center.<br><br>**Scalability for a reliable ROI**<br>CyberHub ECO.*DC* is individually adapted to the size of the data center and the required range of features. The software can be tested in small sections before installation.<br><br>**Browser-based**<br>Implementation is not reliant on the operating system. Simple and intuitive handling on a desktop or mobile terminal device.<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Optimum transparency**

- All the relevant operating data are collected, analyzed in detail and clearly documented
- See all data relevant to the data center, such as cooling and power supply, at a glance
- Air conditioning systems and their infrastructure can be controlled to perfection at all times

**Status reports**

- Individual status reports are created in the system, generated automatically or manually, and sent
- No more manual collection and preparation of data
- The content, design and distribution list can be adapted when necessary

**Monitoring 24/7, 365 days a year**

- CyberHub ECO.*DC* is the higher-level system
- The data center is monitored around the clock
- Virtually no data are missed
- Reliability is dramatically improved, and undiscovered potential savings are flagged up and exploited
- Supports numerous industry standard protocols

**Management**

- Manage the entire infrastructure with just one system
- All components can be assigned names, comments, and serial and inventory numbers
- Adapt and upgrade components with ease



**3D visual display**

View a 3D thermal image of your data center in just a few clicks.

**Other features**

- Easy installation during ongoing operation
- The system can be implemented both on physical servers and on a virtual machine
- Assists with room planning
- Data are analyzed and presented in diagrams
- Calculates the ROI times of capital investments based on before/after comparisons of measurement data
- Individually configured limit values for warnings and alarms
- Dashboard functionality provides values and key performance indicators at a glance

*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| [1a] supplying a conditioned fluid inside said building; | The Data Center supplied a conditioned fluid inside said building.<br><br>For example, regardless of which supplier is used, the Data Center used CRAC / CRAH units to receive hot air and return cool air to the data center. The CRAC / CRAH units also performed heating, humidification, dehumidification, and/or filtration functions.<br><br>*See, e.g.*,'682 Patent Complaint Exhibit (limitations [1pre], [1c]). |
| [1b] sensing at least one atmospheric parameter in a plurality of locations inside said building; | The Data Center sensed at least one atmospheric parameter in a plurality of locations inside said building.<br><br>For example, temperature sensors, humidity sensors, and/or pressure sensors were located at a plurality of locations inside the data center. The Data Center sensed one or more of these atmospheric parameters in a plurality of locations inside the data center.<br><br>*See, e.g.*,'682 Patent Complaint Exhibit (limitations [1pre], [1]). |
| [1c] generating an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map; | The Data Center generated an empirical atmospheric map from the results of said sensing step using software for processing input from said sensing step and for producing output in the form of said empirical atmospheric map.<br><br>For example, the Data Center set temperature setpoints. The Data Center used the Supplied Control/Monitoring Products to generate an empirical atmospheric map from the results of the sensed temperatures using software for processing input from the temperature readings and for producing output in the form of an empirical atmospheric map.<br><br>*See, e.g.*, '682 Patent Complaint Exhibit (limitation [1b]). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | The WebCTRL® system<br>**Every smart building needs a cornerstone.**<br>A proven, industry-leading system from the original name in building analytics, WebCTRL® gives you the ability to fully understand your operations and analyze the results with tools that make sense to you.<br>**The Power of Simplicity provides analytical tools that help you achieve all areas of building optimization.**<br>• Maintain comfort and productivity<br>• Deliver operating efficiencies<br>• Balance occupant needs and operating costs<br>• Anticipate system issues<br>• Maintain sustainability<br>• Document your successful results<br>Look at your building automation system as the gathering place, the repository of all operating data and information related to your building. Whether it is temperature history, utility metering, trend data, or comfort measurement, your WebCTRL system effectively packages the information you need for management of your facilities.<br><br>*See, e.g.*, AutomatedLogic, “WebCTRL Building Analytics” Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | <br>Dynamic color floor plans provide an immediate understanding of conditions in your building in a single glance.<br>Thermographic Floor Plan Displays<br>**See your building in living color.**<br><br>Few operators have the time to sit in front of the computer comparing actual space temperatures with their set points – and with Automated Logic, they don't have to. A timeless and unmatched assessment tool, thermographic floor plan displays allow instantaneous recognition of building and zone conditions. A quick analysis of colors allows the operator to determine if there is an issue.<br><br>By displaying information using colors rather than numerical data, we eliminate the need for human calculation and interpretation of set point and actual temperature difference, and help resolve whether there is a normal circumstance or an anomaly to be investigated.<br><br>No one has ever said that an analytical tool has to be complex. With this in mind, Automated Logic thermographs do the interpretation (read: analysis) of the real-time data and provide a result that is easily understood and acted upon.<br><br>*See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **What is a WebCTRL® system?**<br><br>A WebCTRL® system is a web-based building automation system that can be accessed from anywhere in the world through a web browser, without the need for special software on the workstation. Through the web browser, you can perform building management functions such as:<br>• adjust setpoints and other control parameters<br>• set and change schedules<br>• graphically trend important building conditions<br>• view and acknowledge alarms<br>• run preconfigured and custom reports on energy usage, occupant overrides, tenant billing, and much more<br><br><br><br>*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>




<br>
See, e.g., nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| | **StruxureWare for Data Centers Software Suite**<br><br>UPS units, cooling equipment, and secure power systems from Schneider Electric are core components of any architecture designed for highly critical applications, such as data centers, industry environments, infrastructure, and buildings.<br><br>Intelligent energy management of these systems is enabled by Schneider Electric EcoStruxure™ integrated hardware and software system architecture. StruxureWare software applications and suites are a key element of the EcoStruxure architecture. The software helps maximize system reliability and optimize operational efficiency.<br><br>StruxureWare for Data Centers software collects and manages real-time information about assets, resource use, and operation status throughout the data center life cycle. This data center infrastructure management (DCIM) software provides full system visibility, allowing managers to monitor information and act quickly in order to optimize data center performance and meet IT, business, and service-oriented goals.<br><br><br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | <br>DCIM<br>DCIM<br>The STULZ Data Center Infrastructure Management System monitors, analyzes and manages complete air conditioning systems<br>We continually strive to improve our cooling systems and solutions and their control systems, in order to achieve the best possible results for our customers. For this reason, STULZ Digitronic Software was founded to focus on the development of embedded systems, long-term data acquisition, Big Data measurement data analysis and 3D data visualization. So you can keep your project on the road to success.<br><br>CyberHUB ECO.*DC*<br>The CyberHub ECO.*DC* Data Center Infrastructure Management (DCIM) solution developed by STULZ Digitronic Software GmbH monitors, plans and manages complete air conditioning systems and the connected infrastructure in the data center. With just a single central software solution, the operational reliability and energy efficiency of data centers is increased to the max.<br>**Savings on operating costs**<br>Precisely track down potential savings and implement them immediately.<br>**Maximum reliability**<br>Round-the-clock monitoring of measurement data (e.g. to prevent hot spots or energy overload).<br>**One system for all data**<br>Collect measurement data from all energy consumers (e.g. electricity, gas, amounts of heat or cold), and collectively analyze them for the entire data center.<br>**Scalability for a reliable ROI**<br>CyberHub ECO.*DC* is individually adapted to the size of the data center and the required range of features. The software can be tested in small sections before installation.<br>**Browser-based**<br>Implementation is not reliant on the operating system. Simple and intuitive handling on a desktop or mobile terminal device.<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>

**Optimum transparency**

- All the relevant operating data are collected, analyzed in detail and clearly documented
- See all data relevant to the data center, such as cooling and power supply, at a glance
- Air conditioning systems and their infrastructure can be controlled to perfection at all times

**Status reports**

- Individual status reports are created in the system, generated automatically or manually, and sent
- No more manual collection and preparation of data
- The content, design and distribution list can be adapted when necessary

**Monitoring 24/7, 365 days a year**

- CyberHub ECO.*DC* is the higher-level system
- The data center is monitored around the clock
- Virtually no data are missed
- Reliability is dramatically improved, and undiscovered potential savings are flagged up and exploited
- Supports numerous industry standard protocols

**Management**

- Manage the entire infrastructure with just one system
- All components can be assigned names, comments, and serial and inventory numbers
- Adapt and upgrade components with ease



**3D visual display**

View a 3D thermal image of your data center in just a few clicks.

**Other features**

- Easy installation during ongoing operation
- The system can be implemented both on physical servers and on a virtual machine
- Assists with room planning
- Data are analyzed and presented in diagrams
- Calculates the ROI times of capital investments based on before/after comparisons of measurement data
- Individually configured limit values for warnings and alarms
- Dashboard functionality provides values and key performance indicators at a glance

*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020).

</td></tr>
</table>

| Claim Language | Exemplary Evidence |
|---|---|
| [1d] comparing said empirical atmospheric map to a template atmospheric map; and | The Data Center compared the empirical atmospheric map to a template atmospheric map.<br><br>For example, the Data Center used the Supplied Control/Monitoring Products to compare an empirical atmospheric map to a template atmospheric map, for instance, by comparing current/real-time temperatures to template setpoints.<br><br><br><br>Dynamic color floor plans provide an immediate understanding of conditions in your building in a single glance.<br><br>Thermographic<br>Floor Plan Displays<br>**See your building in living color.**<br><br>Few operators have the time to sit in front of the computer comparing actual space temperatures with their set points – and with Automated Logic, they don't have to. A timeless and unmatched assessment tool, thermographic floor plan displays allow instantaneous recognition of building and zone conditions. A quick analysis of colors allows the operator to determine if there is an issue.<br><br>By displaying information using colors rather than numerical data, we eliminate the need for human calculation and interpretation of set point and actual temperature difference, and help resolve whether there is a normal circumstance or an anomaly to be investigated.<br><br>No one has ever said that an analytical tool has to be complex. With this in mind, Automated Logic thermographs do the interpretation (read: analysis) of the real-time data and provide a result that is easily understood and acted upon.<br><br>*See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **What is a WebCTRL® system?**<br><br>A WebCTRL® system is a web-based building automation system that can be accessed from anywhere in the world through a web browser, without the need for special software on the workstation. Through the web browser, you can perform building management functions such as:<br>• adjust setpoints and other control parameters<br>• set and change schedules<br>• graphically trend important building conditions<br>• view and acknowledge alarms<br>• run preconfigured and custom reports on energy usage, occupant overrides, tenant billing, and much more<br><br><br><br><br>*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016). |

| Claim Language | Exemplary Evidence |
|---|---|
| | (see below) |

## Colors and setpoints

Thermographic colors indicate how much a zone's actual temperature differs from its setpoints.

Five conditions may affect a zone's thermographic color:

- Setpoint adjust
- Timed local override (TLO)
- Optimal start
- Demand level
- Hysteresis

In the examples below, a zone's heating occupied setpoint is 70° and its cooling occupied setpoint is 74°.

| If you normally see... | when the zone temp is... | but... | then you will see... |
|---|---|---|---|
| green | 72.5° | someone adjusts the setpoints (for example, with a **setpoint adjust** of two degrees, the new setpoints would be 68 and 72°) | yellow |

*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016).

## Working with equipment

You can view and adjust equipment operation from the following pages:



*Graphics pages* (page 32)

You can view and adjust your essential building controls on most Graphics pages.

- **Thermographic floor plans** indicate the temperature of zones compared to their effective setpoints.

*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016).

| Claim Language | Exemplary Evidence |
|---|---|
| | |

## Setpoints

Use setpoints to set temperature values that control the HVAC equipment. The WebCTRL® interface shows the color green when a zone is within the desired temperature range determined by the heating and cooling setpoints.

- **Programmed setpoints** are set and changed by operators. See *To change programmed setpoints* (page 52).
- **Effective setpoints** reflect the impact of other system conditions on the programmed setpoints, such as setpoint adjustments, demand reduction adjustments, and hysteresis. Effective setpoints control the equipment.

Besides manually adjusting setpoints, you can use the following *cost-saving strategies* (page 136) to adjust setpoints automatically:

- Optimal Start
- Demand Control
- Setpoint Optimization

*See, e.g.*, AutomatedLogic WebCTRL v6.5 User Manual (June 2016).



| Claim Language | Exemplary Evidence |
|---|---|
| | <br><br>*See, e.g.*, nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **StruxureWare for Data Centers Software Suite**<br><br>UPS units, cooling equipment, and secure power systems from Schneider Electric are core components of any architecture designed for highly critical applications, such as data centers, industry environments, infrastructure, and buildings.<br><br>Intelligent energy management of these systems is enabled by Schneider Electric EcoStruxure™ integrated hardware and software system architecture. StruxureWare software applications and suites are a key element of the EcoStruxure architecture. The software helps maximize system reliability and optimize operational efficiency.<br><br>StruxureWare for Data Centers software collects and manages real-time information about assets, resource use, and operation status throughout the data center life cycle. This data center infrastructure management (DCIM) software provides full system visibility, allowing managers to monitor information and act quickly in order to optimize data center performance and meet IT, business, and service-oriented goals.<br><br><br><br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **DCIM**<br><br>**DCIM**<br><br>**The STULZ Data Center Infrastructure Management System monitors, analyzes and manages complete air conditioning systems**<br><br>**We continually strive to improve our cooling systems and solutions and their control systems, in order to achieve the best possible results for our customers. For this reason, STULZ Digitronic Software was founded to focus on the development of embedded systems, long-term data acquisition, Big Data measurement data analysis and 3D data visualization. So you can keep your project on the road to success.**<br><br><br><br><br>**CyberHUB ECO.*DC***<br><br>The CyberHub ECO.*DC* Data Center Infrastructure Management (DCIM) solution developed by STULZ Digitronic Software GmbH monitors, plans and manages complete air conditioning systems and the connected infrastructure in the data center. With just a single central software solution, the operational reliability and energy efficiency of data centers is increased to the max.<br><br>**Savings on operating costs**<br>Precisely track down potential savings and implement them immediately.<br><br>**Maximum reliability**<br>Round-the-clock monitoring of measurement data (e.g. to prevent hot spots or energy overload).<br><br>**One system for all data**<br>Collect measurement data from all energy consumers (e.g. electricity, gas, amounts of heat or cold), and collectively analyze them for the entire data center.<br><br>**Scalability for a reliable ROI**<br>CyberHub ECO.*DC* is individually adapted to the size of the data center and the required range of features. The software can be tested in small sections before installation.<br><br>**Browser-based**<br>Implementation is not reliant on the operating system. Simple and intuitive handling on a desktop or mobile terminal device.<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **Optimum transparency**<br>• All the relevant operating data are collected, analyzed in detail and clearly documented<br>• See all data relevant to the data center, such as cooling and power supply, at a glance<br>• Air conditioning systems and their infrastructure can be controlled to perfection at all times<br><br>**Status reports**<br>• Individual status reports are created in the system, generated automatically or manually, and sent<br>• No more manual collection and preparation of data<br>• The content, design and distribution list can be adapted when necessary<br><br>**Monitoring 24/7, 365 days a year**<br>• CyberHub ECO.*DC* is the higher-level system<br>• The data center is monitored around the clock<br>• Virtually no data are missed<br>• Reliability is dramatically improved, and undiscov-ered potential savings are flagged up and exploited<br>• Supports numerous industry standard protocols<br><br>**Management**<br>• Manage the entire infrastructure with just one system<br>• All components can be assigned names, comments, and serial and inventory numbers<br>• Adapt and upgrade components with ease<br><br><br><br>**3D visual display**<br>View a 3D thermal image of your data center in just a few clicks.<br><br>**Other features**<br>• Easy installation during ongoing operation<br>• The system can be implemented both on physical servers and on a virtual machine<br>• Assists with room planning<br>• Data are analyzed and presented in diagrams<br>• Calculates the ROI times of capital investments based on before/after comparisons of measurement data<br>• Individually configured limit values for warnings and alarms<br>• Dashboard functionality provides values and key performance indicators at a glance<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| [1e] identifying pattern differentials between said empirical and template atmospheric maps. | The Data Center identified pattern differentials between said empirical and template atmospheric maps.<br><br>For example, the Data Center used the Supplied Control/Monitoring Products to identify pattern differentials between the empirical and template maps, for example, by identifying when sensors are reporting conditions that exceed template conditions.<br><br><br><br>Dynamic color floor plans provide an immediate understanding of conditions in your building in a single glance.<br><br>Thermographic Floor Plan Displays<br>**See your building in living color.**<br><br>Few operators have the time to sit in front of the computer comparing actual space temperatures with their set points – and with Automated Logic, they don't have to. A timeless and unmatched assessment tool, thermographic floor plan displays allow instantaneous recognition of building and zone conditions. A quick analysis of colors allows the operator to determine if there is an issue.<br><br>By displaying information using colors rather than numerical data, we eliminate the need for human calculation and interpretation of set point and actual temperature difference, and help resolve whether there is a normal circumstance or an anomaly to be investigated.<br><br>No one has ever said that an analytical tool has to be complex. With this in mind, Automated Logic thermographs do the interpretation (read: analysis) of the real-time data and provide a result that is easily understood and acted upon.<br><br>*See, e.g.*, AutomatedLogic, "WebCTRL Building Analytics" Brochure (June 2017). |

<table>
<tr><th>Claim Language</th><th>Exemplary Evidence</th></tr>
<tr><td></td><td>






See, e.g., nylte Data Center Infrastructure Management Webinar, Part 1 https://www.youtube.com/watch?v=_7yRmrwx0zE at 7:27-8:00 (published Sep. 22, 2011, last visited Dec. 23 2025).
</td></tr>
</table>

| Claim Language | Exemplary Evidence |
| --- | --- |
| | **StruxureWare for Data Centers Software Suite**<br><br>UPS units, cooling equipment, and secure power systems from Schneider Electric are core components of any architecture designed for highly critical applications, such as data centers, industry environments, infrastructure, and buildings.<br><br>Intelligent energy management of these systems is enabled by Schneider Electric EcoStruxure™ integrated hardware and software system architecture. StruxureWare software applications and suites are a key element of the EcoStruxure architecture. The software helps maximize system reliability and optimize operational efficiency.<br><br>StruxureWare for Data Centers software collects and manages real-time information about assets, resource use, and operation status throughout the data center life cycle. This data center infrastructure management (DCIM) software provides full system visibility, allowing managers to monitor information and act quickly in order to optimize data center performance and meet IT, business, and service-oriented goals.<br><br><br><br>*See, e.g.*, Schneider Electric, "Cooling Solutions for IT Equipment" Brochure (2013). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **DCIM**<br><br>**DCIM**<br><br>**The STULZ Data Center Infrastructure Management System monitors, analyzes and manages complete air conditioning systems**<br><br>**We continually strive to improve our cooling systems and solutions and their control systems, in order to achieve the best possible results for our customers. For this reason, STULZ Digitronic Software was founded to focus on the development of embedded systems, long-term data acquisition, Big Data measurement data analysis and 3D data visualization. So you can keep your project on the road to success.**<br><br><br><br>**CyberHUB ECO.*DC***<br><br>The CyberHub ECO.*DC* Data Center Infrastructure Management (DCIM) solution developed by STULZ Digitronic Software GmbH monitors, plans and manages complete air conditioning systems and the connected infrastructure in the data center. With just a single central software solution, the operational reliability and energy efficiency of data centers is increased to the max.<br><br>**Savings on operating costs**<br>Precisely track down potential savings and implement them immediately.<br><br>**Maximum reliability**<br>Round-the-clock monitoring of measurement data (e.g. to prevent hot spots or energy overload).<br><br>**One system for all data**<br>Collect measurement data from all energy consumers (e.g. electricity, gas, amounts of heat or cold), and collectively analyze them for the entire data center.<br><br>**Scalability for a reliable ROI**<br>CyberHub ECO.*DC* is individually adapted to the size of the data center and the required range of features. The software can be tested in small sections before installation.<br><br>**Browser-based**<br>Implementation is not reliant on the operating system. Simple and intuitive handling on a desktop or mobile terminal device.<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |

| Claim Language | Exemplary Evidence |
|---|---|
| | **Optimum transparency**<br>• All the relevant operating data are collected, analyzed in detail and clearly documented<br>• See all data relevant to the data center, such as cooling and power supply, at a glance<br>• Air conditioning systems and their infrastructure can be controlled to perfection at all times<br><br>**Status reports**<br>• Individual status reports are created in the system, generated automatically or manually, and sent<br>• No more manual collection and preparation of data<br>• The content, design and distribution list can be adapted when necessary<br><br>**Monitoring 24/7, 365 days a year**<br>• CyberHub ECO.*DC* is the higher-level system<br>• The data center is monitored around the clock<br>• Virtually no data are missed<br>• Reliability is dramatically improved, and undiscov-ered potential savings are flagged up and exploited<br>• Supports numerous industry standard protocols<br><br>**Management**<br>• Manage the entire infrastructure with just one system<br>• All components can be assigned names, comments, and serial and inventory numbers<br>• Adapt and upgrade components with ease<br><br><br><br>**3D visual display**<br>View a 3D thermal image of your data center in just a few clicks.<br><br>**Other features**<br>• Easy installation during ongoing operation<br>• The system can be implemented both on physical servers and on a virtual machine<br>• Assists with room planning<br>• Data are analyzed and presented in diagrams<br>• Calculates the ROI times of capital investments based on before/after comparisons of measurement data<br>• Individually configured limit values for warnings and alarms<br>• Dashboard functionality provides values and key performance indicators at a glance<br><br>*See, e.g.*, Stulz, "One Stulz. One Source. STULZ – one source for air conditioning technology at the very highest level." Product Brochure (2020). |